**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ABDI SAMAD GAAS,
A# 206-881-902,**

    Petitioner,

vs.　　　　　　　　　　　　　　　　Case No. 4:16cv604-MW/CAS

**ICE DIRECTOR SARAH SALDAÑA, et al.,**

    Respondents.

_____/

## REPORT AND RECOMMENDATION

Petitioner, proceeding pro se, initiated this case by submitting a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on September 30, 2016. ECF No. 1. Afer Petitioner paid the filing fee, ECF No. 4, service of the petition was directed on November 17, 2016. ECF No. 6. Petitioner's copy of that Order has been returned to the Court as undeliverable. ECF No. 8. The Clerk's Office entered a notation on the docket indicating Petitioner was deported on October 23, 2016. *Id.* Presumably, telephone contact with officials at the Wakulla County Jail confirmed that Petitioner was no longer in custody, having been removed.

Because it appears that Petitioner is no longer in custody, this case should be dismissed as moot because the relief requested by Petitioner, release from detention, has been provided.  It appears that Petitioner is no longer in custody.

It is respectfully **RECOMMENDED** that the § 2241 petition filed by **ABDI SAMAD GAAS** be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on December 8, 2016.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 4:16cv604-MW/CAS