IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ABDI SAMAD GAAS,**

      Petitioner,

v.                                Case No. 4:16cv604-MW/CAS

**ICE DIRECTOR SARAH
SALDANA, et al.,**

      Respondents.
_____/

ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The § 2241 petition filed by Abdi Samad Gaas is **DISMISSED as moot**." The Clerk shall close the file.

**SO ORDERED on December 20, 2016.**

                                      s/Mark E. Walker
                                      **United States District Judge**